UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT E. POMBRIO, | ) NO. CV 10-5604-GHK (MAN) |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| MAYOR A. VILLARAIGOSA, et al., | ) |
| Defendants. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, for lack of prosecution.

DATED:      3/9/11      .

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE